THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. ISADORE ATLAS, Appellant.

*Crimes — conviction for offering meat for sale improperly labeled as
" kosher."*

People v. *Atlas*, 183 App. Div. 595, affirmed.

(Argued January 31, 1921; decided March 1, 1921.)

APPEAL from a judgment of the Appellate Division of
the Supreme Court in the first judicial department,
entered May 31, 1918, which affirmed a judgment of the
Court of Special Sessions of the city of New York con-
victing the defendant of a violation of subdivision 4 of
section 435 of the Penal Law, in that he offered meat for
sale to which was attached a " kosher " tag, although he
knew that the meat was not " kosher."

*Charles G. F. Wahle* for appellant.

*Edward Swann,* District Attorney (*Robert C. Taylor* of
counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND,
MCLAUGHLIN, CRANE and ANDREWS, JJ.